James B. Jermain, *Appellant, v.* The Lake Shore and Michigan Southern Railway Company, *Respondent.*

William F. Drake and others, *Appellants, v.* The Same.

Alexander Monroe, *Appellant, v.* The Same.

CHARLES H. RABERG, JR., as *Executor*, etc., *Appellant, v.* THE SAME. — Judgments reversed, new trials ordered, costs to abide event. Opinion by DAVIS, P. J.